UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CLINT THOMAS MELTON | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | 3:09-cv-610 |
| | ) | *Phillips* |
| | ) | |
| DAVID MILLS, Warden, | ) | |
| | ) | |
| *Respondent.* | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the respondent's motion for summary judgment is **GRANTED**, the petition for the writ of habeas corpus is **DENIED**, and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT